UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO RANGEL, | ) | 1:04-CV-5988 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO AMEND |
| | ) | PETITION |
| | ) | [Doc. #30] |
| v. | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO MODIFY DOCKET ENTRY |
| DERRAL G. ADAMS, Warden, | ) | [Doc. #30] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 8, 2006, Petitioner filed a motion to amend the petition. Included in the motion is the amended petition. The Court has reviewed the amended petition and finds it to be in compliance with previous orders in this case.

Accordingly, Petitioner's motion to amend is hereby GRANTED. The Clerk of Court is DIRECTED to modify the docket entry for Document #30 as a "Motion to Amend the Petition" and "First Amended Petition."

IT IS SO ORDERED.

**Dated: March 17, 2006**            /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE