UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RANGEL,<br><br>　　Petitioner,<br><br>　v.<br><br>MIKE EVANS, Warden,<br><br>　　Respondent. | 1:04-CV-5988 OWW SMS HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #37) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 28, 2006, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:　July 6, 2006**　　　　　　　　　　**/s/ Sandra M. Snyder**
23ehd0　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE