UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO RANGEL,<br><br>                Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS, Warden,<br><br>                Respondent. | 1:04-CV-5988 OWW SMS HC<br><br>ORDER DENYING PETITIONER'S MOTION TO FILE SECOND AMENDED PETITION |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 28, 2006, Petitioner filed a motion to amend the petition to allow him to file a second amended petition and include seven additional claims.

    Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

    Petitioner's motion has already been addressed by order dated February 17, 2006. For the reasons set forth in that order, the instant motion is hereby DENIED.

IT IS SO ORDERED.

**Dated:**    **July 6, 2006**                         /s/ Sandra M. Snyder

1  icido3                              UNITED STATES MAGISTRATE JUDGE