UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO RANGEL, | ) | 1:04-CV-5988 OWW SMS HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC |
| v. | ) | (DOCUMENT #42) |
| DERRAL G. ADAMS, | ) | |
| Respondent. | ) | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On July 28, 2006, petitioner filed a motion to extend time to file a traverse. On August 17, 2006, and during the pendency of this request, plaintiff submitted his traverse . Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   August 25, 2006**            **/s/ Sandra M. Snyder**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE